# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE REMICADE ANTITRUST LITIGATION | : | CIVIL ACTION |
| | : | |
| This document relates to: | : | |
| Direct Purchaser Actions | : | No. 18-cv-00303 (consolidated) |

## ORDER

AND NOW, this 25th day of October, 2018, upon consideration of Movants J&J's Motion to Compel Individual Arbitration and Stay Proceedings (Doc. No. 29-1), Plaintiff's Opposition thereto (Doc. No. 41), Defendants' Reply in Further Support of their Motion (Doc. No. 48), and Plaintiff's Sur-Reply in Further Opposition to Defendants' Motion (Doc. No. 56), it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.