UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-3567
_____

IN RE: REMICADE (DIRECT PURCHASER) ANTITRUST LITIGATION

JOHNSON & JOHNSON; JANSSEN BIOTECH, INC.,
                                                                 Appellants
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(E.D. Pa. No. 2-18-cv-00303)
District Judge: Honorable J. Curtis Joyner
_____

Argued on July 9, 2019
_____

Before: SHWARTZ, KRAUSE, and FUENTES, *Circuit Judges*

_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on July 9, 2019.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered on October 26, 2018, be and the same is hereby REVERSED, and the case REMANDED. Costs will be taxed against Appellee. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/Patricia S. Dodszuweit
 Clerk

DATE: September 13, 2019

Costs taxed in favor of Appellants in the amount of $1125.92

**Certified as a true copy and issued in lieu of a formal mandate on** October 29, 2019

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**