# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE REMICADE ANTITRUST LITIGATION | **:** | CIVIL ACTION |
| | **:** | |
| This document relates to: | **:** | |
| Direct Purchaser Actions | **:** | No. 18-cv-00303 (consolidated) |

## STIPULATION OF VOLUNTARY DISMISSAL OF
## DIRECT PURCHASER PLAINTIFF ROCHESTER DRUG CO-OPERATIVE, INC.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties

and their respective counsel that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Rochester

Drug Co-Operative, Inc. voluntarily dismisses all claims asserted in this litigation without

prejudice and with each party bearing its own costs (other than those already taxed pursuant to

ECF No. 85) and attorney's fees.

Dated: October 20, 2020

Respectfully submitted,

ROCHESTER DRUG CO-OPERATIVE, INC.

/s/ *Leslie E. John*
Leslie E. John
Matthew I. Vahey
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 665-8500
john@ballardspahr.com
vaheym@ballardspahr.com

William F. Cavanaugh (*pro hac vice*)
Adeel A. Mangi (*pro hac vice*)
Jonathan H. Hatch (*pro hac vice*)
Jamison Davies (*pro hac vice*)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710

/s/ *David F. Sorensen*
David F. Sorensen
Andrew C. Curley
Zachary D. Caplan
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: 215/875-3000
215/875-4604 (fax)
dsorensen@bm.net
acurley@bm.net
zcaplan@bm.net

Daniel J. Walker
BERGER MONTAGUE PC
2001 Pennsylvania Avenue, N.W., Suite 300
Washington, DC 20006

Tel: (212) 336-2000
wfcavanaugh@pbwt.com
aamangi@pbwt.com
jhatch@pbwt.com
jmdavies@pbwt.com

Thomas O. Barnett (*pro hac vice*)
Ashley E. Bass (*pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Tel: (202) 662-6000
tbarnett@cov.com
abass@cov.com

*Counsel for Johnson & Johnson and Janssen
Biotech, Inc.*

Telephone: 202/559-9745
dwalker@bm.net

Peter R. Kohn
Joseph T. Lukens
Neill Clark
FARUQI & FARUQI LLP
One Penn Center, Suite 1500
1617 John F. Kennedy Boulevard
Philadelphia, PA 19103
Telephone: 267/628-5011
pkohn@faruqilaw.com
jlukens@faruqilaw.com
nclark@faruqilaw.com

Bradley J. Demuth
FARUQI & FARUQI LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Tel: (212) 983-9330
bdemuth@faruqilaw.com

Barry Taus
Archana Tamoshunas
Miles Greaves
TAUS, CEBULASH & LANDAU, LLP
80 Maiden Lane, Suite 1204
New York, NY 10038
Telephone: 646/873-7654
btaus@tcllaw.com
atamoshunas@tcllaw.com
mgreaves@tcllaw.com

*Counsel for plaintiff Rochester Drug Co-
Operative, Inc.*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 20, 2020, I electronically filed the above using the

Court's CM/ECF system.  Those attorneys who are registered with the Electronic Filing System

may access this filing through the Court's System, and notice of this filing will be sent to these

parties by operation of the Court's CM/ECF system, which will cause the foregoing to be served

on counsel of record.


Respectfully submitted,

/s/ *David F. Sorensen*
David F. Sorensen